An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILSON EARL LOVE,
                 Appellant,
     vs.
THE STATE OF NEVADA,
                 Respondent.

No. 67999

**FILED**

JUL 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
           DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; John S. McGroarty, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.     _____, J.
Douglas                      Cherry

---

[1]In light of this order, we direct the clerk of this court to return, unfiled, the pro se documents received on May 14, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20681

cc: Chief Judge, The Eighth Judicial District Court
Hon. John S. McGroarty, Senior Judge
Wilson Earl Love
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A